## 226.   ROGERS *v.* THE STATE.

HILL, C. J.   1. An objection to an accusation, on the ground that it was based on a defective affidavit, must be made by demurrer or motion in arrest of judgment. Such objection furnishes no reason for granting a new trial. *Rucker* v. *State,* 114 *Ga.* 13; *Boswell* v. *State,* Id. 40.
2. As the defect urged against the accusation is apparent from the record, the motion suggesting diminution of the record in order to have the affidavit sent up will not be granted. *Stubbs* v. *State,* ante, 504.
3. The evidence authorized the verdict.          *Judgment affirmed.*

Accusation of assault and battery, from city court of Blakely—Judge Jordan.   January 11, 1907.
Submitted March 20,—Decided March 28, 1907.
*R. H. Sheffield,* for plaintiff in error.
*Walter G. Park, solicitor,* contra.